RECEIVED

JUL 1 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-60036-001 |
|---|---|---|
| VERSUS | * | CHIEF JUDGE HAIK |
| ANN TUYET BUI | * | MAGISTRATE JUDGE HILL |

### FINAL JUDGMENT OF FORFEITURE

WHEREAS, on January 30, 2006, this Court entered an Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the Plea Agreement and Consent Decree of Forfeiture entered by the defendant;

AND WHEREAS, on March 30, April 6 and 13 of 2006, the United States published in The Advertiser, a Lafayette newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties described in this Court's January 30, 2006 Order of Forfeiture;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

A. That all right, title and interest to the following properties:

1. $29,978.45 in U.S. Currency;
2. Thirty-three (33) DVDs;
3. Four hundred thirty-five (435) CDs;
4. Sixty-four (64) Media Discs;
5. Computer Tower with no serial number;
6. Computer tower with no serial number;
7. Dell Keyboard, Serial Number 3912A105;
8. Microsoft Mouse, PID # 58724-576-8482355-1;
9. Linksys Wireless Router, Serial Number C2760D305245;
10. Dell Monitor, Serial Number 8048994;
11. Lexar Jump Drive, Serial Number JD 512-40-500A;
12. Creative MP3 Player, Serial Number T33022;
13. HP Notebook Computer, Serial Number CND40401DK; and
14. Microsoft Mouse, Serial Number 3902B124.

which the Defendant ANN TUYET BUI, stipulated were obtained as a result of and used to facilitate the criminal scheme charged in Count 1 of the Amended Bill of Information filed on December 6, 2005 to which she pled guilty, are hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law by the Bureau of Immigration and Customs Enforcement.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the Bureau of Immigration and Customs Enforcement, 423 Canal Street, Room 207, New Orleans, LA 70130.

SO ORDERED this _12_ day of July 2006 at Lafayette, Louisiana.

RICHARD T. HAIK
Chief United States District Judge